Jeremy Faulk #51530

DOB: XX-XX-1998
SSN: XXX-XX-6667
SO# 51530

V.

SGT Eryn Flores,
D/O Cameron Robinson AKA Cam,
Lamar County Jail, Sheriff Scott Cass,
Chief Deputy Tommy moore

FILED
JUL 10 2026
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Amendment
5
42
Civil Rights Violation 1983 File

I Jeremy Faulk At Around About 4:30 - 6:20 pm Last Chow on July 5th, Received my Tray & Took my Chicken patty & Mash potatoes out & Put them In A Bowl I then Took A Bite out of my mix Vegetibales & Spit them out on my Tray Because there was Hair In them I told them on my Intercom & was Told I would Not Get Anything I Ate Back I Said ok I Waited For About 10 minutes To Receive Another Tray & the only thing I Got Back was A Cake & Bread, When I Handed the Contaminated Tray It Had Vegetibles Cake & Bread & A Little Bit of mash potatoes, I was Treated Unfairly & Deprived of Food & Retaliated By SGT Flores By Trying To Deprive me of my Food By saying Them Ran out & not Substituted For She is Involved In Another Lawsuit

I need Help Im Being Retaliated Against
& my Rights are Being violated my Grievances
Are being Ignored. But Video Footage is my
Witness the Footage Can be ran back
& I will Back everything Im saying As Truth

Jeremy Faulk #51530
125 Brown Ave, Paris, TX 75460

Please Send 1983 Form & IFP Application

Jeremy Favlk #51530
Lamar County Jail
125 Brown Ave
Paris. TX 75460

NORTH TEXAS TX 750
8 JUL 2026 PM 9 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 75460
02 7H
0006072209
$ 000.74⁰
JUL 07 2026

RECEIVED
JUL 10 2026
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Clerk
United States District Court
Eastern District of Texas
7940 Preston Road,
Plano, TX 75024

INDIGENT MAIL

75024-236099